Form C.P. 109

*Ejectment*
*Quiet Title*

# Commonwealth of Pennsylvania
# County of Philadelphia

Filed and Attested by the Office of Judicial Records
08 MAY 2024 10:54 am
A. STAMATO

COURT OF COMMON PLEAS

Kingly Enterprises LLC

vs.

Li Rong Xu and all occupants

March _____ Term, 20 22

No. 305 _____

# Writ of Possession

To the Sheriff of Philadelphia County:

(1) To satisfy the judgment for possession in the above matter you are directed to deliver possession of the following described property to:

Kingly Enterprises LLC

(2) To satisfy the costs against
Li Rong Xu and all occupants

you are

directed to levy upon any property of
50 South 2nd Street, 1st Floor
Philadelphia, PA  19106

and sell

their

interest therein.



ERIC FEDER
Director, Office of Judicial Records

By _____
                    *Clerk*

Date _____

10-207 (Rev. 1/01)

Case ID: 220300305

# Court of Common Pleas

March _____ Term, 20 22

No. 305

Kingly Enterprises LLC

vs.

Li Rong Xu and all occupants

WRIT OF POSSESSION

Case ID: 220300305

2

Form C.P. 109

*Ejectment*
*Quiet Title*

# Commonwealth of Pennsylvania
# County of Philadelphia

Filed and Attested by the Office of Judicial Records
08 ... am

COURT OF COMMON PLEAS

Kingly Enterprises LLC

v.

Li Rong Xu and all occupants

March Term, 2022

No. 305

## Writ of Possession

To the Sheriff of Philadelphia County:

(1) To satisfy the judgment for possession in the above matter you are directed to deliver possession of the following described property to:

Kingly Enterprises LLC

(2) To satisfy the costs against

Li Rong Xu and all occupants

directed to levy upon any property of

50 South 2nd Street, 1st Floor
Philadelphia, PA 19106

and sell

their

interest therein



ERIC FEDER
Director, Office of Judicial Records

By _____
                    *Clerk*

Date _____

10-207 (Rev. 1/01)

Case ID: 220300305

# NOTICE TO VACATE

## COUNTY AND CITY OF PHILADELPHIA
## PHILADELPHIA SHERIFF'S OFFICE
### CIVIL ENFORCEMENT UNIT

**SHERIFF NUMBER # 24000419**

50 SOUTH 2ND STREET
PHILADELPHIA, PA 19106

**TO:** JUDGMENT DEBTOR, MEMBERS OF THE JUDGMENT DEBTOR'S HOUSEHOLD, AND ANY OCCUPANTS RESIDING WITH THE JUDGMENT DEBTOR.

BY VIRTUE OF A *WRIT OF POSSESSION* OF REAL PROPERTY, A COPY OF WHICH IS ATTACHED, YOU HAVE 21 DAYS TO VACATE THE PREMISES DESCRIBED IN THE WRIT, FAILURE TO DO SO WILL RESULT IN THE IMMEDIATE SCHEDULING OF AN EVICTION.

**DETECTIVE JOSEPH FARGNOLI PHONE # 215-285-3399**

CIVIL ENFORCEMENT UNIT / OFFICE # 215-686-3542 / FAX # 215-686-3555

100 S. BROAD STREET 5TH FLOOR, PHILADELPHIA, PA 19110



# SHERIFF'S OFFICE OF PHILADELPHIA COUNTY

ROCHELLE BILAL
*Sheriff*



Tariq El-Shabazz, Esq.
*Undersheriff*

David Fallen
*Inspector*

## RETURN OF SERVICE

PLAINTIFF: KINGLY ENTERPRISES LLC
 -VS-
DEFENDANT: LI RONG XU

COURT CASE NUMBER: 220300305
COURT: COMMON PLEAS

SHERIFF NUMBER: 24000419

CATEGORY: WRIT OF POSSESSION

**PARTY TO BE SERVED**
LI RONG XU
50 SOUTH 2ND STREET
PHILADELPHIA, PA 19106

**FINAL SERVICE**
SERVICE DATE/TIME: 6/24/2024 @ 9:00 AM
SERVICEADDRESS: 50 SOUTH 2ND STREET PHILADELPHIA, PA 19106
DEPUTY: DETECTIVE JEFFREY HANS
NOTES: POSSESSION GIVEN TO PLAINTIFF/REPRESENTATIVE, ALL LOCKS CHANGED.

**ATTORNEY / ORIGINATOR**
ROBERT E. COLE P.C.
ATRIUM AT OLDE CITY
128 CHESTNUT STREET
SUITE 200C
PHILADELPHIA, PA 19106

BY: _____
DETECTIVE JEFFREY HANS, BADGE # 543

SO ANSWERS,

_____
ROCHELLE BILAL, SHERIFF

# SHERIFF'S OFFICE OF PHILADELPHIA COUNTY

ROCHELLE BILAL
*Sheriff*



Tariq El-Shabazz, Esq.
*Undersheriff*

David Fallen
*Inspector*

## RETURN OF SERVICE

PLAINTIFF: KINGLY ENTERPRISES LLC
  -VS-
DEFENDANT: LI RONG XU

COURT CASE NUMBER: 220300305
COURT: COMMON PLEAS

SHERIFF NUMBER: 24000419

CATEGORY: WRIT OF POSSESSION

5/29/2024    9:32 AM - SERVED THE WRIT OF POSSESSION UPON LI RONG XU, PURSUANT TO ORDER OF COURT BY "POSTING" THE PREMISES LOCATED AT 50 SOUTH 2ND STREET PHILADELPHIA, PA 19106 WITH A TRUE AND CORRECT COPY ACCORDING TO LAW. SO ANSWERS: DETECTIVE JEFFREY HANS, DEPUTY SHERIFF OF PHILADELPHIA COUNTY, PA.

BY: _____
DETECTIVE JEFFREY HANS, BADGE # 543

SO ANSWERS,

_____
ROCHELLE BILAL, SHERIFF

June 27, 2024

Case ID: 220302030

# Court of Common Pleas

March _____ Term, 20 22

No. 305 _____

Kingly Enterprises LLC

vs.

Li Rong Xu and all occupants
50 South 2nd St 1st Floor
Phila PA 19106

### WRIT OF POSSESSION

**ROBERT E. COLE, P.C.**
**ATRIUM AT OLDE CITY**
**128 CHESTNUT STREET**
**SUITE 200C**
**PHILADELPHIA, PA 19106**
267 576 9090
recolesq@shool-1.com





**+1 (215) 285-3399**

短信
6月24日 周一 下午12:18

> Today is June 24th. There is no signature on the writ of possession you provided. It is not a qualified writ of possession! You should abide by the rules of law! Documents without signatures are not legal.

> my name is LiRong xu



12:52

+1 (215) 285-3399

> I have informed you on June 24 that this Writ of possession without the signature of the Philadelphia court staff is not in compliance with the law. You must explain and answer this important question to me.

> Joseph Fargnoli Please answer my question

Your argument is not with me. It's with the courts that's stamp is real. My name is detective Joseph Fargnoli from Philadelphia sheriff's office please contact my office at 215-686-3542 with any problems

Thank you

> The law is strict. The Writ of Possession above clearly states that it needs the signature of the court to be effective and comply with the



# The Philadelphia Courts
# Civil Docket Access

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 220300305 |
| Case Caption: | KINGLY ENTERPRISES LLC VS XU |
| Filing Date: | Wednesday, March 02nd, 2022 |
| Court: | MUNICIPAL COURT APPEAL |
| Location: | CITY HALL |
| Jury: | JURY |
| Case Type: | MC - LANDLORD/TENANT |
| Status: | JUDGMENT ENTERED ON VERDICT |
| Cross Reference: | MA 2011053581 |

## Related Cases

No related cases were found.

## Case Event Schedule

No case events were found.

## Case motions

| Motion | Assign/Date | Control No | Date/Received | Judge |
|---|---|---|---|---|
| MOTION TO VACATE FILED | 30-MAY-2024 | 24057549 | 30-MAY-2024 | LEVIN, CRAIG R |
| MISCELLANEOUS MOTION/PETITION | 01-JUL-2024 | 24067550 | 06-JUN-2024 | LEVIN, CRAIG R |
| MISCELLANEOUS MOTION/PETITION | 01-JUL-2024 | 24067551 | 06-JUN-2024 | LEVIN, CRAIG R |

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | 09-JAN-2023 | ATTORNEY FOR DEFENDANT | MARSHALL, JON |
| Address: 7930-32 OXFORD AVENUE PHILADELPHIA PA 19111-2225 (215)725-6600 | | Aliases: none | | |